to pay under the contract with the *purchaser's* funds. In the case before us, the court has not ordered specific performance of the contract in whole or in part, the decree is not designed to make the defendant pay anything more from his own funds, he is merely required to account for money which he wrongfully converted.

The decree is affirmed.

*Decree affirmed.*

CULBERTSON, P. J., and BARDENS, J., concur.

James J. Hoban and Joseph.A. Lambert, Trading as Midwest Service Company, Appellees, v. Johns-Manville Products Corporation, Appellant.

Term No. 48011.

opinion filed January 14, 1949; modified opinion filed February 22, 1949; released for publication March 21, 1949. John B. Harris, for appellant; John J. Hoban, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.**